UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRYANT LAWRENCE
FAULKENBERRY,**

        **Plaintiff,**

v.                                **Case No. 6:26-cv-250-CEM-RMN**

**DAVE KERNER, and JOHN/JANE
DOES 1-10,**

        **Defendants.**

                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 8). The United States Magistrate Judge issued a Report and Recommendation (Doc. 11), recommending that the Motion be denied.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 11) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 8) is **DENIED**.

3. **On or before May 14, 2026**, Plaintiff shall either file a renewed Motion to Proceed *In Forma Pauperis* or pay the filing fee. Failure to do so may result in the dismissal of this case without further notice.

4. Plaintiff's Amended Complaint (Doc. 12) is accepted as the operative complaint. The Court makes no ruling as to its sufficiency.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party